TAYLOR LAW, PC
455 Capital Mall, Suite 305
Sacramento, CA 95814
Telephone: (916)594-2469
Email: Matt@taylorlaw.us

MATTHEW C. TAYLOR
Attorney at Law
SBN 278245
Attorney for Defendant,
Manpreet Singh

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>MANPREET SINGH<br>Defendant | Case No. 2:26-MJ-150<br><br>**ORDER AUTHORIZING DEFENSE COUNSEL TO TAKE POSSESSION OF DEFENDANT'S PASSPORT** |

The Court has received defense counsel's request for an order permitting counsel to take possession of the passport of defendant Manpreet Singh. A member of Mr. Singh's family submitted the passport to the Clerk of the Court. Mr. Singh has since been transferred to the Northern District of Florida. Good cause appearing, the Court ORDERS as follows:

The Clerk of the Court for the Eastern District of California shall release Mr. Singh's passport to Matthew C. Taylor, counsel for Mr. Singh, upon presentation of a copy of this Order.

Mr. Taylor shall hold the passport and shall make the arrangements necessary with the Court to ensure that it is surrendered to the appropriate authority, including Pretrial Services and the Northern District of Florida as required. Mr. Taylor shall not return the passport to Mr. Singh or to any other person without further order of the Court.

IT IS SO ORDERED

Dated: November 2, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE